**SAO**
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

Attorneys for Defendant
Attorneys for AMERIPRISE INSURANCE COMPANY dba
AMERIPRISE AUTO & HOME INSURANCE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA SUERDIECK,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE, a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-03035-GMN-CWH<br><br>DEPARTMENT<br><br>**(ELECTRONIC FILING CASE)** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT

COMES NOW, Plaintiff, LISA SUERDIECK, by and through her attorney, Alison M. Brasier, Esq., of the law firm of HICKS AND BRASIER, PLLC, and Defendant AMERIPRISE INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE by and through its attorney of record, Thomas Friedman, of the law firm of BROWN, BONN & FRIEDMAN, LLP and hereby agree to stipulate to dismiss Defendant, AMERIPRISE INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE, with prejudice, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: 5/14/18

HICKS AND BRASIER, PLLC

_____
Alison M. Brasier, Esq.
HICKS AND BRASIER, PLLC
4101 Meadows Lane, Suite 210
Las Vegas NV 89107
Attorneys for LISA SUERDIECK

DATED: 5-16-18

BROWN, BONN & FRIEDMAN, LLP

_____
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
Attorneys for AMERIPRISE INSURANCE COMPANY dba
AMERIPRISE AUTO & HOME INSURANCE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT

## ORDER

The parties have stipulated and agreed to the dismissal of the Defendant, AMERIPRISE INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, LISA SUERDIECK'S Complaint be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

The clerk of court is instructed to close the case.
**IT IS SO ORDERED.**

DATED this ___22___ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

Attorneys for AMERIPRISE INSURANCE COMPANY dba
AMERIPRISE AUTO & HOME INSURANCE